IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| WILLIAM J. EINHORN<br>v.<br><br>APEX EQUIPMENT COMPANY, et al. | CIVIL ACTION<br><br>NO. 13-5500 |
|---|---|
| CENTRAL PENNSYLVANIA TEAMSTERS PENSION FUND, et al.<br>v.<br><br>MURWIN PROPERTY MANAGEMENT, LP, et al. | CIVIL ACTION<br><br>NO. 13-5501 |

### O R D E R

AND NOW, this 26th day of August, 2014, upon consideration of Defendant Estate of Thad Murwin's Motions to Dismiss the Second Amended Complaint (ECF No. 58 and ECF 40) it is hereby **ORDERED** that the Motions are **GRANTED** without prejudice to plaintiff requesting leave to amend Complaints after discovery.

BY THE COURT:

/s/ Michael M. Baylson
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 13\13-5500 einhorn v. apex equipment\13cv5500.5501.082614.order.mtd.docx